IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUZ CORONADO,

    Plaintiff,

v.                                        No. 1:18-cv-00799-KG/KK

JUSTIN BUCHANAN AND STATE FARM
INSURANCE COMPANY,

    Defendants.

**ORDER GRANTING STIPULATED MOTION TO REMAND**

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Remand, and the court having read the pleadings and being fully advised in the premises, FINDS the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Parties' Stipulated Motion to Remand is hereby granted and the case is hereby remanded to the New Mexico Second Judicial District Court for further proceedings.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

GUEBERT BRUCKNER GENTILE P.C.

By   */s/ Elizabeth M. Piazza*
       Terry R. Guebert
       Elizabeth M. Piazza
       P.O. Box 93880
       Albuquerque, NM 87199-3880
       (505) 823-2300
       tguebert@guebertlaw.com
       epiazza@guebertlaw.com
       *Attorneys for Defendants*

GARCIA LAW OFFICE

By   *Approved via email 10/24/2018*
       Narciso Garcia, Jr., LLC
       2033 San Mateo Blvd., N.E.
       Albuquerque, NM 87110
       (505) 265-5010
       narcisolaw@aol.com
       *Attorney for Plaintiff*

F:\Clients\0102.324bf\Pleadings\Federal\118cv00799_KG_KK _Order_Granting_Motion-Remand.docx/jmp